

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00215-CV

**IN THE INTEREST OF L.S.** and C.S., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00541
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of costs. No costs of court are taxed in this appeal.

SIGNED October 6, 2020.

_____
Patricia O. Alvarez, Justice